```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ERIN ROYER,

                                      **Plaintiff,**                            21-CV-07466 (AJN)(SN)

      -against-                                                    **ORDER**

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

                                    **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On January 10, 2022, the Honorable Alison J. Nathan assigned this matter to my docket for settlement. By January 21, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                                 _____
                                                                                SARAH NETBURN
                                                                                United States Magistrate Judge

DATED:     January 10, 2022
                  New York, New York