UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ERIN ROYER,

                              Plaintiff,

      -against-                                       21-CV-07466 (AJN)(SN)

TRANSUNION LLC,
                                                         **SETTLEMENT CONFERENCE ORDER**

                              Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Monday, February 28, 2022, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Tuesday, February 22, 2022 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

Dated:      January 19, 2022
              New York, New York