UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ERIN ROYER,

                    **Plaintiff,**                    21-CV-07466 (AJN)(SN)

    -against-                                **ORDER**

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

                    **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        On February 3, 2022, Plaintiff filed a notice of settlement as to Defendant TransUnion LLC. ECF No. 40. In light of the filed notice, the settlement conference currently scheduled for February 28, 2022, is ADJOURNED without date. The parties shall file their proposed stipulation of dismissal by March 21, 2022.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      February 4, 2022
                New York, New York