```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Royer,

              Plaintiff,

–v–

Experian Information Solutions, Inc. et al.,

              Defendants.

21-cv-7466 (AJN) (SN)

ORDER

ALISON J. NATHAN, District Judge:

    The case management conference scheduled for April 8, 2022, before the undersigned is ADJOURNED sine die.

    SO ORDERED.

Dated: March 22, 2022
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge